Judge Leighton

FILED _____ LODGED
_____ RECEIVED

FEB 27 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

06-CV-05516-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR S. WEST,

    Plaintiff,

v.

UNITED STATES SECRETARY OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION U.S. ARMY CORPS OF ENGINEERS, WASHINGTON STATE DEPARTMENT OF TRANSPORTATION

    Defendants

NO. C06-5516RBL

**ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

On the unopposed motion of defendants United States Secretary of Transportation, Federal Aviation Administration and the U.S. Army Corps of Engineers, for an order extending the time within which a response must be made to the complaint filed herein, and cause having been shown,

ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT - 1
(C06-5516RBL)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

IT IS HEREBY ORDERED that the motion is granted and that these defendants shall have until March 12, 2007 to file their response to the complaint filed herein.

DATED this 27th day of February, 2007.

*[signature]*
RONALD S. LEIGHTON
United States District Judge

Presented by:

/s/ Brian C. Kipnis
BRIAN C. KIPNIS
Assistant United States Attorney

ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT - 2
(C06-5516RBL)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970