Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR S. WEST,<br><br>                Plaintiff,<br><br>       v.<br><br>UNITED STATES SECRETARY OF<br>TRANSPORTATION, FEDERAL AVIATION<br>ADMINISTRATION, U.S. ARMY CORPS OF<br>ENGINEERS, WASHINGTON STATE<br>DEPARTMENT OF TRANSPORTATION,<br>PORT OF OLYMPIA,<br><br>              Defendants. | NO. C06-5516RBL<br><br>**ORDER GRANTING FEDERAL<br>DEFENDANTS' MOTION FOR<br>LEAVE TO FILE<br>SUPPLEMENTAL<br>MEMORANDUM IN SUPPORT<br>OF MOTION TO DISMISS** |

Federal defendants having moved pursuant to Rule 7(d)(2) of the Local Rules for an order

granting them leave to file a supplemental memorandum in support of their pending motion to

dismiss (Dkt. # 14), noted on the Court's calendar for May 18, 2007, and the Court having reviewed

all papers filed in connection with said motion, and good cause having been shown therefor,

      IT IS HEREBY ORDERED that federal defendants' motion is granted and that federal

defendants shall be permitted to file the supplemental memorandum attached to their motion in

ORDER GRANTING FEDERAL DEFENDANTS MOTION FOR
LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF MOTION TO DISMISS - 1
(C06-5516RBL)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

support of their pending motion to dismiss.  Federal defendants' supplemental memorandum shall be deemed filed on the date of entry of this order.

IT IS FURTHER ORDERED that the federal defendants' motion to dismiss [Dkt. #14] and the state defendant's motion to dismiss [Dkt. #13] currently noted for May 18, 2007 are renoted for June 8, 2007.  Plaintiff is directed to the requirements of CR 7(b)(2), Local Rules W.D. Wash.  If plaintiff fails to file a brief in opposition to the motion on or before June 4, 2007, the Court may consider the failure to so file as an admission that the motion has merit.

DATED: this 16th day of May, 2007.


RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE


Presented by:


_____
BRIAN C. KIPNIS
Assistant United States Attorney


ORDER GRANTING FEDERAL DEFENDANTS MOTION FOR
LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF MOTION TO DISMISS - 2
(C06-5516RBL)